

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**PRO HAC VICE APPLICATION, ECF REGISTRATION AND CONSENT TO ELECTRONIC SERVICE; PROPOSED ORDER**

FILED NOV 25 2008 CLERK, U.S. DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA

FILED DEC 03 2008 CLERK, U.S. DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

Plaintiff(s),

v.

FRANCISCO RUIZ,

Defendant(s).

Case No. 1:08CR-00379-OWW

I, Matthew C. Davidson, attorney for Francisco Ruiz, hereby petition for admission to practice Pro Hac Vice under the provision of Local Rule 83-180(b)(2). I understand and consent to ECF Registration and Electronic Service as detailed below and I have submitted payment in the amount of $180.00 to the Clerk, U.S. District Court. In support of this petition, I state under penalty of perjury that:

My business address is:

Firm Name: Law Offices of Matthew C. Davidson, LTD.
Address: 1859 N. Grand Avenue, Suite One
City: Nogales
State: Arizona   ZIP Code: 85621
Voice Phone: (520) 281-0433
FAX Phone: (520) 281-0553
Internet E-mail: davidsonlaw@hotmail.com
Additional E-mail:
I reside in City: Sahuarita   State: Arizona

I was admitted to practice in the Unites States District Court, District of Arizona (court) on December 13, 1993 (date). I am presently in good standing and eligible to practice in said court. I am not currently suspended or disbarred in any other court.

I have ☐ / have not ☑ concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____

_____

_____

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the court's ECF system:

Name: James R. Homola

Firm Name: Law Offices of James R. Homola

Address: 2950 Mariposa, Ste. 250

City: Fresno

State: California    ZIP Code: 93721

Voice Phone: ( 559 ) 441-7111

FAX Phone: ( 559 ) 441-7115

E-mail: jrhomola@yahoo.com

Dated: November 24, 2008    Petitioner: Matthew C. Davidson

## ORDER

IT IS SO ORDERED.

Dated: 11-25-8

JUDGE, U.S. DISTRICT COURT

[ Save As ]    [ Print ]