

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

PRO HAC VICE APPLICATION, ECF REGISTRATION AND CONSENT TO ELECTRONIC SERVICE; PROPOSED ORDER

**FILED**
NOV 25 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

**FILED**
DEC 03 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES OF AMERICA

Plaintiff(s),

Case No. 1:08CR-00379-OWW

v.

FRANCISCO RUIZ,

Defendant(s).

I, Matthew C. Davidson, attorney for Francisco Ruiz, hereby petition for admission to practice Pro Hac Vice under the provision of Local Rule 83-180(b)(2). I understand and consent to ECF Registration and Electronic Service as detailed below and I have submitted payment in the amount of $180.00 to the Clerk, U.S. District Court. In support of this petition, I state under penalty of perjury that:

My business address is:

Firm Name: Law Offices of Matthew C. Davidson, LTD.

Address: 1859 N. Grand Avenue, Suite One

City: Nogales

State: Arizona    ZIP Code: 85621

Voice Phone: (520) 281-0433

FAX Phone: (520) 281-0553

Internet E-mail: davidsonlaw@hotmail.com

Additional E-mail:

I reside in City: Sahuarita    State: Arizona

I was admitted to practice in the Unites States District Court, District of Arizona (court) on December 13, 1993 (date). I am presently in good standing and eligible to practice in said court. I am not currently suspended or disbarred in any other court.

I have ☐ / have not ☒ concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____

_____

_____

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the court's ECF system:

Name: James R. Homola

Firm Name: Law Offices of James R. Homola

Address: 2950 Mariposa, Ste. 250

City: Fresno

State: California    ZIP Code: 93721

Voice Phone: ( 559 ) 441-7111

FAX Phone: ( 559 ) 441-7115

E-mail: jrhomola@yahoo.com

Dated: November 24, 2008    Petitioner: Matthew C. Davidson

## ORDER

IT IS SO ORDERED.

Dated: 11-25-8

JUDGE, U.S. DISTRICT COURT

Save As    Print