Law Offices of
MATTHEW C. DAVIDSON, LTD.
1859 N. Grand Ave. Suite 1
Nogales, AZ, 85621
(520) 281-0433
Matthew C. Davidson, SBN 015021
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR-08-00379-002-OWW |
| | ) |
| Plaintiff, | ) STIPULATION TO CONTINUE SENTENCING |
| | ) |
| vs. | ) DATE:  August 31, 2009 |
| | ) TIME:  1:30 p.m. |
| FRANCISCO RUIZ, | ) HONORABLE OLIVER W. WANGER |
| | ) |
| Defendant. | ) |

Excludable delay under 18 U.S.C. §3161(h)(1)(F) will occur as a result of this motion or of an order based thereon.

The Defendant, by and through undersigned counsel hereby stipulate and request that the sentencing, currently set for August 31, 2009, be continued for sixty days. The parties to the above-captioned matter jointly agree to vacate the August 31, 2009, sentencing in this matter in order to: (1)prepare and to accumulate mitigation material; (2)Counsel for Defendant will be commencing a jury trial on September 1, 2009; and (3)Counsel will be commencing a Federal jury trial on September 29, 2009.

Therefore, the parties stipulate to continue this sentencing for sixty days, and further respectfully request the Court to order the same.  The parties further request that time be excluded to and

-1-

PDF created with pdfFactory trial version www.pdffactory.com

1  through sixty days, in that the ends of justice served by a
2  continuance "outweigh the best interests of the public and the
3  defendant in a speedy trial."  See 18U.S.C. 3161(h)(8).
4  DATED: August 4, 2009
5                                         */s/Matthew C. Davidson*
                                           Matthew C. Davidson,
6                                          Attorney for
                                           Defendant
7

8       IT IS SO ORDERED.
9       Dated: August 5, 2009           _/s/ OLIVER W WANGER_____
10                                       Oliver W Wanger
11                                       United State District Judge

-2-

PDF created with pdfFactory trial version www.pdffactory.com