```
Law Offices of
MATTHEW C. DAVIDSON, LTD.
1859 N. Grand Ave. Suite 1
Nogales, AZ, 85621
(520) 281-0433
Matthew C. Davidson, SBN 015021
Attorney for Defendant
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.:  CR-08-00379-002-OWW |
| | ) |
|     Plaintiff, | ) STIPULATION AND ORDER TO CONTINUE |
| | ) SENTENCING HEARING |
| vs. | ) |
| | ) |
| FRANCISCO RUIZ, | ) |
| | ) |
|     Defendant. | ) |

TO:   THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE: OLIVER W. WANGER AND MARLON COBAR, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, FRANCISCO RUIZ by and through his attorney of record, MATTHEW C. DAVIDSON hereby requesting that the sentencing hearing currently set for October 5, 2009 be continued to October 26, 2009 at 1:30 p.m., or a date convenient to court and counsel.

Counsel for defendant has requested this continuance of the sentencing in order to: (1)prepare and to accumulate mitigation material; (2)Counsel for Defendant will be commencing a Federal jury trial on September 29, 2009.

I have contacted Assistant United States Attorney Marlon Cobar. He has no objection to the continuance.

-1-

Based upon the foregoing, I respectfully request that this matter be continued to October 26, 2009.

The parties also agree that the delay resulting from the continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. 3161 (h)(8)(B)(I).

DATED: 09/10/2009

                                                  */s/Matthew C. Davidson*
                                                  Matthew C. Davidson,
                                                  Attorney for
                                                  Defendant

Copy of the foregoing to;

Honorable Oliver W. Wanger
Senior United States District Judge

Marlon Cobar
Assistant United States Attorney

USPO

IT IS SO ORDERED.

Dated: 9/11/2009                    /s/ OLIVER W. WANGER
                                          Honorable Oliver W. Wanger